IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAPHEAL J. PALMER,

      Appellant,

v.

DEPARTMENT OF
CORRECTIONS, STATE OF
FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2464

Opinion filed December 4, 2017.

An appeal from the Circuit Court for Hamilton County.
William R. Slaughter, Judge.

Rapheal J. Palmer, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., CONCUR.